# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00141- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 8) |

On June 9, 2016, the parties filed a stipulation for an extension of time for Defendant to file and serve the administrative record. (Doc. 8) Defendant reports that additional time is needed "[d]ue to miscommunication between the U.S. Attorney's Office and the Social Security Administration's Office of the General Counsel." (*Id.* at 1) Good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** serve the administrative record no later than **August 8, 2016**.

IT IS SO ORDERED.

Dated: __June 12, 2016__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1