UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-0141- JLT<br><br>ORDER GRANTING SECOND EXTENSION OF TIME<br><br>(Doc. 15) |

On December 14, 2016, Defendant filed a stipulation of the parties for a ten-day extension of time for Defendant to respond to Plaintiff's opening brief. (Doc. 15) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), which was previously used by Defendant. (Docs. 8, 10) Beyond that extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 10 at 4) Based upon the information provided and good cause appearing, the Court **ORDERS**:

　　1.　Defendant's request for an extension of time is **GRANTED**; and

　　2.　Defendant **SHALL** file a response to the brief on or before **December 27, 2016**.

IT IS SO ORDERED.

　　Dated:　**December 14, 2016**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE